# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CHRISTOPHER PRESCOTT CARTER,<br><br>    Defendant. | Case No. 6:21MJ0008-HBK-01<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** DUI

**Sentence Date:** 10/1/2021

**Review Hearing Date:** August 15, 2023

**Probation Expires On:** October 1, 2024

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $3250.00   which Total Amount is made up of a Fine: $ 3220.00 Special Assessment: $   Processing Fee: $ $25 Restitution: $

☐ Payment schedule of $   per month by the   of each month.

☒ **Community Service hours Imposed of:** 40

☒ **Other Conditions:** Complete a Multi-Offender DUI program; Install ignition interlock

## COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

   **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 3250.00
   ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                      Amount:

☒ To date, Defendant has performed 40 hours of community service.

☐ Compliance with Other Conditions of Probation: At time of hearing, Multi-Offender DUI Corse will be complete. Continue to have Intoxalock interlock devise installed in vehicle.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/15/2023 at 10:00 Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 8/2/2023      ___Christopher P Carter_____
                                  DEFENDANT'S COUNSEL

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that Defendant's request [Doc. No. 20] is:

☒ GRANTED. The Court VACATES Defendant's August 15, 2023 Review Hearing. However, unless ordered otherwise, the Defendant is hereby ordered to appear at his final Review Hearing scheduled for July 9, 2024 at 10:00 AM in Yosemite before Magistrate Judge Helena M. Barch-Kuchta.

☐ DENIED.

Dated:   August 7, 2023

                                         HELENA M. BARCH-KUCHTA
                                         UNITED STATES MAGISTRATE JUDGE